1 Laura Krank
  Attorney at Law:  220208
2 Law Offices of Rohlfing & Kalagian
  211 East Ocean Boulevard, Suite 420
3 Tel: (562) 437-7006
  Fax: (562) 432-2935
  E-mail: lekrank@hotmail.com
4 Attorneys for JOHN SIMPSON

5

6 UNITED STATES DISTRICT COURT

7 EASTERN DISTRICT OF CALIFORNIA

8 FRESNO DIVISION

9

10 JOHN SIMPSON ) Case No.: 1:08-CV-00523-SMS
   )
11         Plaintiff, ) [ORDER
   )
12     vs. )
   )
13 MICHAEL ASTRUE, )
   COMMISSIONER OF THE SOCIAL )
14 SECURITY ADMINISTRATION, )
   )
15         Defendant. )
   )
16

17

18     Based upon the parties Stipulation to Dismiss [Doc. 16], this matter is
19 hereby dismissed with prejudice.
20     DATED:  December 12, 2008

21
                  /s/ Sandra M. Snyder
22                SANDRA M. SNYDER
                  UNITED STATES MAGISTRATE JUDGE
23

24

25

-1-

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

-2-

PDF created with pdfFactory trial version www.pdffactory.com